IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

LUIS CARTAGENA-CARRASQUILLO

Petitioner

vs

CIVIL 96-1823CCC

UNITED STATES OF AMERICA

Respondent

## JUDGMENT

Having considered petitioner's Motion Under 28 U.S.C. §2255 to Vacate, Set Aside, or Correct Sentence (**docket entry 1**), the United States' Reply (**docket entry 11**), Petitioner's Response (**docket entry 14**) and the Magistrate Judge's Report and Recommendation filed on March 31, 2000 (**docket entry 15**), to which no objection has been filed, the Report and Recommendation is ADOPTED, the Motion under 28 U.S.C. §2255 (**docket entry 1**) is DENIED and this action is hereby DISMISSED.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on May 16, 2000.

CARMEN CONSUELO CEREZO
United States District Judge